

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00140-CR

Matthew David **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 492801
Honorable Jason Wolff, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted.  The appellant's brief is due on July 5, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court